Albert Foray, appellee, v. Alfred Walden, appellant. Gen. No. 30,611.

Action for damage to automobile in collision with defendant's automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Murphy O. Tate, for appellant; Leo M. Tarpey, of counsel. Peden, Kahn & Murphy, for appellee; Gerald Ryan, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Gizella Szirmay, administratrix of the estate of Beatrice Szirmay, deceased, appellee, v. Chicago Railways Company et al., operating as Chicago Surface Lines, appellants. Gen. No. 30,662.

Action for death due to being struck by street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Frank L. Kriete, Warner H. Robinson and Watson J. Ferry, for appellants; John R. Guilliams, of counsel. Garrett, McKenna & Harris, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Mary Kelly et al., appellees, v. Charles E. Erbstein et al., appellants. Gen. No. 30,677.

Bill to cancel trust deed as cloud upon title. Decree for complainants. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926. Rehearing denied March 15, 1926.

Elwyn E. Long and Walter B. Prendergast, for appellants. F. J. Korasek and C. W. Greenfield, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

George E. O'Donnell, trading as George E. O'Donnell & Company, appellee, v. Arthur Longhurst and Emma Frances Longhurst, appellants. Gen. No. 30,773.

Action for services and materials furnished. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Myers & Snerly, for appellants. Kremer, Branand & Hamer, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Courtenay Barber, defendant in error, v. General Automotive Corporation, plaintiff in error. Gen. No. 30,279.

Action upon promissory note. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Max Luster, Judge, presiding.